[THE STATE EX REL.] MCDONALD, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. McDonald v. Indus. Comm.* (1998), 83 Ohio St.3d 99.]

(No. 96–154—Submitted May 26, 1998—Decided September 9, 1998.)

*Sheldon Karp Co., L.P.A.,* and *R. Mark Gottfried,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Mary Ann O. Rini,* Assistant Attorney General, for appellant.

The judgment of the court of appeals is reversed on the authority of *State ex rel. Tapp v. Parsec, Inc.* (1998), 82 Ohio St.3d 417, 696 N.E.2d 591, and the cause is remanded to the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.